IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| LINDA S. JEFFERY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   NO.    4:23-cv-00022-TRM-CHS |
| | )   JURY DEMAND |
| WAL-MART STORES EAST, LP, | ) |
| WAL-MART REAL ESTATE | ) |
| BUSINESS TRUST, and WALMART, | ) |
| INC., | ) |
| | ) |
|     Defendants. | ) |

**PARTIES' DISCOVERY PLAN STATEMENT PURSUANT TO RULE 26(f)**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel for the respective parties conferred by telephone conference on August 11, 2023 and agree as follows:

    A.    The parties will serve their respective Rule 26(a)(1) disclosures by September 15, 2023.

    B.    Discovery shall be conducted as provided in the Court's Scheduling Order. At this juncture, the parties do not anticipate that any changes in the limitations on discovery imposed under Rule 26 of the Federal Rules of Civil Procedure or the Local Rules of this Court will need to be made. Should changes be required, the party seeking the change will file a Motion with the Court seeking that change.

    C.    The parties do not anticipate any discovery of Electronically Stored Information ("ESI"). If discovery should reveal that ESI of either party is desired or necessary, counsel for the parties shall produce the electronic discovery as set forth in this Honorable Court's Order.

D. Discovery shall be conducted as provided in the Honorable Court's Scheduling Order.

E. At this time, the parties do not request any other Orders under Rule 26(c) or Rule 16(b) and (c). The parties will confer in an effort to agree upon the terms and conditions of any necessary protective Orders and in accordance with this Honorable Court's Memorandum and Order regarding sealing confidential information [DE #6].

F. The prospect for settlement is unknown at this time. This is a premises liability case. Plaintiff alleges that on September 8, 2022 that plaintiff Linda Jeffrey tripped and fell at Wal-Mart store #314 located at 1224 Huntsville Hwy., Fayetteville, Tennessee 37334. Wal-Mart denies liability as set forth in its answer filed on July 19, 2023 [DE #7]. This case will be ready for trial by February 4, 2025. The parties do not consent to the Magistrate Judge at this time. The parties anticipate that the jury trial in this matter will last two to three days.

**RESPECTFULLY SUBMITTED:**

s/ Greg Callaway
Greg Callaway, No. 18575
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
Direct: (615) 921-5226
Office: (615) 244-3370
Fax: (615) 244-3518
Email: gcallaway@howell-fisher.com
Attorney for Defendants

Cameron Kuhlman, No.
Lauren M. Turner, No. 028283
Wettermark & Keith, LLC
1232 Premier Drive, Suite 325
Chattanooga, TN 37421
Tel: 423-933-1080
Fax: 205-460-2596
email: ckuhlman@wkfirm.com
email: lturner@wkfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was served via ECF upon Cameron Kuhlman and Lauren M. Turner, Wettermark & Keith, LLC, 1232 Premier Drive, Suite 325, Chattanooga, TN 37421; on this 11th day of August, 2023.

                                                                  s/ Greg Callaway

W:\GWC\Jeffery.Linda\RULE 26(f) DISCOVERY PLAN STATEMENT.wpd

Page -3-

Case 4:23-cv-00022-TRM-CHS   Document 14   Filed 08/15/23   Page 3 of 3   PageID #: 37